IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FORTUNATO,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, and DOES 1 to 100,<br><br>        Defendants. | 2:12-cv-02929-GEB-DAD<br><br>ORDER DENYING APPLICATIONS TO<br>PROCEED IN FORMA PAUPERIS |

      Plaintiff Lisa Fortunato seeks to proceed in forma pauperis ("IFP") in this action under 28 U.S.C. § 1915. See ECF No. 2.

      Plaintiff's application is incomplete. Plaintiff avers she is unemployed but does not provide the date of last employment, "the amount of [her] take-home salary or wages[,] . . . pay period[, or] the name and address of [her] last employer" as required under question No. 2(b) of her affidavit. Plaintiff also failed to provide complete answers to questions 3(d) and 6 of her affidavit. Therefore, Plaintiff's application is denied without prejudice.

Dated: December 5, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1