IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FORTUNATO, ) | |
| ) | 2:12-cv-02929-GEB-DAD |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, and DOES 1 to 100, ) | |
| ) | |
| Defendants. ) | |

Plaintiff's December 6, 2012 "Application to Proceed without Prepayment of Fees and Affidavit," in which she seeks approval under 28 U.S.C. § 1915 to proceed in this case in forma pauperis is granted.

Dated: December 7, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1