# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FORTUNATO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-02929-GEB-DAD<br><br>Hon. Garland E. Burrell, Jr.<br><br>**[PROPOSED] ORDER ON SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 144]**<br><br>Complaint Filed: December 4, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\geb\dgeb2\orders for signature\propsd order on 2d stip4 extnsn of time2.doc

# [PROPOSED] ORDER

Upon consideration of the Second Stipulation filed by Plaintiff Lisa Fortunato ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant"), to extend the time for Defendants to respond to Plaintiff's Complaint,

IT IS HEREBY ORDERED THAT the parties' Stipulation shall be the Order of the Court, and that MetLife shall have up to and including March 18, 2013, to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

**Date: 3/8/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-