IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA FORTUNATO, )
                      Plaintiff, ) 2:12-cv-02929-GEB-DAD
)
      v. ) STATUS (PRETRIAL SCHEDULING)
) ORDER
METROPOLITAN LIFE INSURANCE )
COMPANY, )
)
                    Defendant.* )
_____

         The status (pretrial scheduling) conference scheduled for hearing on March 18, 2013, is vacated since the parties' Joint Status Report filed on March 4, 2013 ("JSR") indicates the following Order should issue.

### DISMISSAL OF DOE DEFENDANTS

         Since Plaintiff has not justified Doe defendants remaining in this action, Does 1-100 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed December 14, 2012, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

         No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

---

    * The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

HEARING / BENCH TRIAL SCHEDULE

The parties propose filing "Cross Motions for Judgment pursuant to Federal Rule [("Rule")] of Civil Procedure 52" no sooner than August 1, 2013. (Id. at 2:7-9.) The parties agree to file these Cross Motions "concurrently" and further agree that each party will file a single responsive pleading "three weeks later." (Id.)

The Court adopts the parties' agreed upon schedule concerning the filing dates for their Cross Motions for Judgment under Rule 52, as modified, as follows:

Each party's Motion for Judgment under Rule 52 shall be filed on or before August 5, 2013;

Each party's Opposition to the other party's Motion shall be filed on or before August 26, 2013;

The bench trial or hearing on the Cross Motions shall be noticed for September 9, 2013, commencing at 9:00 a.m.

FURTHER STATUS CONFERENCE

In the event the referenced Cross Motions do not dispose of the case in its entirety, a further status conference is scheduled to commence at 9:00 a.m. on November 25, 2013. A joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

IT IS SO ORDERED.

Dated: March 11, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2