# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FORTUNATO, | CASE NO.: 2:12-cv-02929-GEB-DAD |
| Plaintiff, | Hon. Garland E. Burrell, Jr. |
| vs. | **ORDER ON STIPULATION FOR 30-DAY CONTINUANCE OF PRETRIAL BRIEFING AND TRIAL OF ERISA CASE PENDING 7/23/13 MEDIATION** |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100, | |
| Defendants. | |
| | Complaint Filed: December 4, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\geb\dgeb2\orders for signature\propsd order on stip to extend trial briefing.doc

# **ORDER**

Upon consideration of the Stipulation filed by Plaintiff Lisa Fortunato ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant") to Briefly Continue the Briefing on Cross Motions and the Trial Date Pending Mediation,

IT IS HEREBY ORDERED THAT most of the parties' Stipulation is the Order of the Court, and that the following dates are now scheduled in this matter:

| | |
|---|---|
| Cross Motion for Judgment Due: | September 4, 2013 |
| Opposition to Cross Motions Due: | September 25, 2013 |
| Bench Trial (hearing on cross-motions): | October 21, 2013 at 9:00 a.m. |

**Date: 7/11/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge